JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARIS HOLLOWAY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF PASADENA; and BARTMAN HORN,<br><br>　　　　Defendants. | Case No. 2:15-cv-03867-CAS-JCx<br><br>Honorable Christina A. Snyder<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P 41(a)(1)(A)(ii)] |

　　Pursuant to the stipulation by and between Plaintiff Paris Holloway and Defendants City of Pasadena and Bartman Horn, through their respective attorneys of record,

　　IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed, with prejudice, in its entirety pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

　　IT IS SO ORDERED.

Dated: January 4, 2023

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Christina A. Snyder
　　　　　　　　　　　　　　　United States District Judge

1